# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Six electronic device images and five electronic back-up images, currently located at 601 4th Street Northwest, Washington, DC 20535. See Attachment A. | Case: 1:17-mj-00016<br>Assigned To : Magistrate Judge Deborah A. Robinson<br>Assign. Date : 1/12/2017<br>Description: Search & Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A for a detailed description.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B for a detailed description.

**YOU ARE COMMANDED** to execute this warrant on or before     January 25, 2017    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     the Honorable Deborah A. Robinson     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __JAN 12 2017 @ 12:15 pm__            _____/s/ Robinson_____
                                                                                                                                    *Judge's signature*

City and state:     Washington, District of Columbia            DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE
                                                                                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:17-mj-00016 | Date and time warrant executed: 1/12/17 @ 5:29 pm | Copy of warrant and inventory left with: AT&T/DirecTV |
| Inventory made in the presence of: DOJ Anti-Trust |||

Inventory of the property taken and name of any person(s) seized:

The warrant was served to AT&T/DirecTV on the above date + time. AT&T/DirecTV previously provided the digital images & were in the possession of the FBI via consent.

**FILED**
FEB 28 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/28/17

_Executing officer's signature_

Dwayne T Thompson / Special Agent, FBI
_Printed name and title_

## **ATTACHMENT A**

1.  The property to be searched is a collection of images made of mobile electronic devices and back-up files. The images described in the paragraph subparts immediately below will be identified collectively hereinafter as "Images," and all are currently located at 601 4th Street Northwest, Washington, DC 20535.

    a. An image extracted (using Cellebrite - UFED Physical Analyzer 4.2.2.95) on August 4, 2015 from an iPhone 6 with the serial number F19NH0R7G5MG.

    b. An image extracted (using Cellebrite - UFED Physical Analyzer 4.1.0.178) on October 21, 2015 from an iPhone 6 with the serial number F17PT9HEG5MG.

    c. An image extracted (using Cellebrite - UFED Physical Analyzer 4.4.0.81) on November 4, 2015 from an iPhone 6 with the serial number F17PT9HEG5MG.

    d. Three separate images extracted (using Cellebrite - UFED Physical Analyzer 4.5.0.230) on January 15, 2016 from an iPad Air with the serial number DMPML0DRF4YG.

    e. A back-up file of an iPhone 5, serial number DNQKKU6JFH19, that was created on January 26, 2015 at 12:43 PM and was imaged (using Cellebrite - UFED Physical Analyzer 4.5.0.230) on January 17, 2016.

    f. A back-up file of an iPhone 6 Plus, serial number FK1NQHJRG5QJ, that was created on January 27, 2015 at 4:39 PM and was imaged (using Cellebrite - UFED Physical Analyzer 4.5.0.230) on January 17, 2016.

    g. A back-up file of an iPhone 6, serial number F19NH0R7G5MG, that was created on January 27, 2015 at 4:48 PM and was imaged (using Cellebrite - UFED Physical Analyzer 4.5.0.230) on January 17, 2016.

    h. A back-up file of an iPhone 6, serial number F19NH0R7G5MG, that was created on January 27, 2015 at 4:57 PM and was imaged (using Cellebrite - UFED Physical Analyzer 4.5.0.230) on January 17, 2016.

    i. A back-up file of an iPhone 6, serial number F19NH0R7G5MG, that was created on June 9, 2015 at 4:13 PM and was imaged (using Cellebrite - UFED Physical Analyzer 4.5.0.230) on January 13, 2016.

This warrant authorizes the forensic examination of the Images for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.  All records on the Images described in Attachment A that relate to violations of 18 U.S.C. §§ 1505, 1512(c)(1), 1519 and/or 1621, and involve Daniel York since January 1, 2014, including:

    a.  SMS messages, MMS messages, iMessages, emails, chats and other communications; and

    b.  any information related to the deletion of the type of records described in subparagraph (a).

2.  Evidence of user attribution showing who used or owned the devices from which the Images were derived at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.